RECEIVED

DEC 1 0 2012

NORTHERN DISTRICT OF CALIFORNIA

1  Name: KEITH VANN

2  Address: 35 SHADOW MOUNTAIN

   OAKLAND, CA 94605

3  Phone Number: 510.414.1067

4  E-mail Address: 1alphavann@comcast.net

5  *Pro Se*

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8  KEITH AARON VANN                          )    Case Number: 12-cv-05747-SI
                                             )
9                                            )    [PROPOSED] ORDER GRANTING
                                             )    MOTION FOR PERMISSION FOR
10                           Plaintiff,      )    ELECTRONIC CASE FILING
                                             )
11   vs.                                     )    DATE:
                                             )    TIME:
12   WELLS FARGO BANK NATIONAL               )    COURTROOM:
     ASSOCIATION                             )    JUDGE:
13                                           )
                             Defendant.      )
14

15

16      The Court has considered the Motion for Permission for Electronic Case Filing.  Finding

17  that good cause exists, the Motion is GRANTED.

18

19      IT IS SO ORDERED.

20

21      DATED: 12/12/2012                    _____

22                                           United States District/Magistrate Judge

23

24

25

26

27

28