Name: KEITH VANN
Address: 35 SHADOW MOUNTAIN
OAKLAND, CA 94605
Phone Number: 510.414.1067
E-mail Address: 1alphavann@comcast.net
*Pro Se*

RECEIVED
DEC 10 2012
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH AARON VANN | Case Number: 12-cv-05747-SI |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs. | DATE: |
| WELLS FARGO BANK NATIONAL ASSOCIATION | TIME: |
| | COURTROOM: |
| | JUDGE: |
| Defendant. | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 12/12/2012

_____
United States District/~~Magistrate~~ Judge