IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH VANN,<br><br>  Plaintiff,<br><br> v.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION,<br><br>  Defendant.<br>_____/ | No. C 12-5747 SI<br><br>**JUDGMENT** |

  The Court has dismissed the complaint without leave to amend. Judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 15, 2013

SUSAN ILLSTON
United States District Judge