IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH VANN,            No. C 12-5747 SI

    Plaintiff,            **JUDGMENT**

  v.

WELLS FARGO BANK NATIONAL ASSOCIATION,

    Defendant.
                                       /

    The Court has dismissed the complaint without leave to amend. Judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 15, 2013            SUSAN ILLSTON
                                          United States District Judge